STATE OF NEW JERSEY v. MICHAEL J. MANSOLINO.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WALLACE COOK.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WINSTON WASHINGTON, JR.

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 184).

KATHERINEANN VACZI v. NEW JERSEY TURNPIKE AUTHORITY.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD G. GUNDERSON.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL W. RANDOLPH.

May 4, 1971. Petition for certification denied.